IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MID-CONTINENT CASUALTY COMPANY, | § § | |
| Plaintiff | § § | |
| v. | § § | NO. 1:04-CV-0727 |
| | § | |
| CLARENCE NEWAL YARBROUGH, YARBROUGH'S DIRT PIT, INC. d/b/a YARBROUGH'S MATERIAL & CONSTRUCTION, and MARILYN WALL, Individually and as Personal Representative of THE ESTATE OF CARL W. WALL, DECEASED, | § § § § § § § § | |
| Defendants | § | |

**ORDER GRANTING MOTION TO EXCLUDE
EXPERT TESTIMONY OF TONY SCHRADER**

On this day, came on to be heard Plaintiff Mid-Continent Casualty Company's Motion to Exclude Expert Testimony of Tony Schrader. The Court finds this Motion should be in all things GRANTED.

It is, therefore, ORDERED that Mr. Tony Schrader may not offer testimony at the trial of this cause.

It is further ORDERED that any report, work paper or deposition testimony of Mr. Tony Schrader may not be used as evidence at the trial of this cause.

SIGNED this _____ day of _____, 2005.

_____
JUDGE PRESIDING